Opinion filed October 4, 2007 















 
 
  
 
 





 
 
  
 
 


Opinion filed October 4,
2007 

 

 

 

 

 

 

                                                                       
In The

                                                                             


    Eleventh Court of Appeals

                                                                  
__________

 

                                                         
No. 11-07-00241-CV 

                                                   
__________

 

                         
MANUEL GRANILLO, SR. ET AL,
Appellants

 

                                                            
V.

 

                                
MONTY KENT MCKINZIE, Appellee

 





 

                                        
On Appeal from the 106th District Court

 

                                                        
 Gaines County, Texas

 

                                             
Trial Court Cause No. 05-09-15056

 





 

                                            
M E M O R A N D U M    O P I N I O N

The trial court granted Monty Kent McKinzie=s motion for partial summary
judgment.  Appellants have written this court that, if this order does not
dispose of all of the issues and the parties, then they agree their appeal is
premature.  A severance order is not before this court.  Therefore,
the partial summary judgment does not appear to be appealable at this time.

The appeal is dismissed for want of
jurisdiction.

 

PER CURIAM

October 4, 2007

Panel consists of:  Wright,
C.J.,

McCall, J., and
Strange, J.